**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 50 MAL 2023

         Respondent             :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

         v.                        :

                                  :

STEVE RICHARD MCCOLLUM, JR.,       :

                                  :

         Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 28th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.